IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR - 8 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 2:25-cr-11-KHJ-MTP

REGINO MAYAHUA-MAYAHUA	8 U.S.C. § 1326(a)

**The Grand Jury charges:**

On or about March 12, 2025, in Jones County, in the Eastern Division of the Southern District of Mississippi, and elsewhere, the defendant, **REGINO MAYAHUA-MAYAHUA**, an alien to the United States, who previously had been lawfully deported or removed from the United States, was found in the United States having knowingly and unlawfully reentered without having received the consent of the Attorney General of the United States or of the Secretary of the Department of Homeland Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

_____
PATRICK A. LEMON
Acting United States Attorney

TRUE BILL:

__S/Signature Redacted__
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___8___ day of April 2025.

_____
UNITED STATES MAGISTRATE JUDGE